*Reed* and *Mr. Charles Fahy* for petitioner. *Mr. Otto Wolff, Jr.* for respondent. 

No. 428. ROGERS ET AL. *v.* MARCHANT, RECEIVER. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Adam H. Moss* for petitioners. No appearance for respondent. 

No. 429. CRAMER, ADMINISTRATOR, *v.* PHOENIX MUTUAL LIFE INS. CO. ET AL.;

No. 430. COBURN ET AL. *v.* SAME;

No. 431. CRAMER, ADMINISTRATOR, *v.* AETNA LIFE INS. CO. ET AL.; and

No. 432. COBURN ET AL. *v.* SAME. November 8, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George D. Weller, Fred E. Fuller, Bruce J. Flick,* and *H. M. Havner* for petitioners. *Mr. Wayne G. Cook* for respondents. Reported below: 91 F. (2d) 141.

No. 438. NATIONAL QUARRIES CO. *v.* DETROIT, TOLEDO & IRONTON R. CO. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert S. Marx, H. O. Bentley, Frank E. Wood,* and *Harry Kasfir* for petitioner. *Messrs. John S. Pratt, Melvin C. Light, Clifford B. Longley,* and *Wallace R. Middleton* for respondent. 

No. 441. MATSON NAVIGATION CO. *v.* INDUSTRIAL ACCIDENT COMM'N ET AL. November 8, 1937. Petition for writ of certiorari to the District Court of Appeal, 1st